UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATTHEW BROMLOW and JOHNNY WALTERS, individually and on behalf of others similarly situated, and on behalf of the general public,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　v.<br><br>D&M CARRIERS, LLC dba FREYMILLER, and DOES 1-10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 5:20-cv-00195-D<br><br>Honorable Timothy D. DeGiusti |

**JOINT STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE AS TO DEFENDANTS DOES 1-10**

Plaintiffs, Matthew Bromlow and Johnny Walters, and Defendant, D&M Carriers, LLC d/b/a Freymiller (Freymiller), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss this action without prejudice as to Defendants Does 1-10.

　　1.　　Plaintiffs filed their Class Action Complaint (ECF No. 1) on August 26, 2019. (ECF No. 1) Plaintiffs filed their First and Second Amended Complaints on November 6, 2019, and November 20, 2020, respectively. (ECF Nos. 35, 106). Freymiller has appeared and filed answers to Plaintiffs' First and Second Amended Complaints. (ECF Nos. 85, 108).

　　2.　　In addition to Freymiller, Plaintiffs have named in all pleadings defendants identified as "Does 1-10." Plaintiffs' pleadings used "Does 1-10" as a placeholder, intended to put Freymiller on notice of the possibility that Plaintiffs would seek to join

additional named defendants pursuant to Fed. R. Civ. P. 20(a)(2). Plaintiffs have not thus far sought to join additional named defendants, and do not anticipate doing so.

3. On January 13, 2021, the Court issued an Order to Show Case, in which the Court noted that no summons has been requested or issued for any "Doe" defendant and that no proof of service or waiver has been filed and ordered Plaintiffs to show cause not later than February 1, 2021, why this action should not be dismissed without prejudice as to Defendants Does 1-10 for failure to effect service of process within 90 days after filing the Complaint. (ECF No. 114).

4. The parties hereby stipulate to dismiss this action without prejudice as to Defendants Does 1-10.

Respectfully submitted,

Dated: January 21, 2021

/s/ Nicholas Conlon
Nicholas Conlon, *admitted pro hac vice*
nicholasconlon@jtblawgroup.com
Jason T. Brown, *admitted pro hac vice*
jtb@jtblawgroup.com
BROWN, LLC
111 Town Square Place, Suite 400
Jersey City, NJ 07310
P: 877-561-0000
F: 855-582-5297

Matthew C. Helland, *admitted pro hac vice*
helland@nka.com
Daniel S. Brome, *admitted pro hac vice*
dbrome@nka.com
NICHOLS KASTER, LLP
235 Montgomery Street, Suite 810
San Francisco, CA 94104

2

P: 415-277-7235
F: 415-277-7238

and

Mark Hammons
amberashby@hammonslaw.com
HAMMONS, HURST & ASSOCIATES
325 Dean A. McGee
Oklahoma City, OK 73102
P: 405-235-6100
F: 405-235-6111

Attorneys for Plaintiffs,
Matthew Bromlow and Johnny Walters, individually and on behalf of others similarly situated, and on behalf of the general public


Dated: January 21, 2021

*/s/ James H. Hanson*
James H. Hanson, *admitted pro hac vice*
jhanson@scopelitis.com
R. Jay Taylor, *admitted pro hac vice*
jtaylor@scopelitis.com
Karen Butler Reisinger, *admitted pro hac vice*
kreisinger@scopelitis.com
Paul D. Root, *admitted pro hac vice*
proot@scopelitis.com
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, P.C.
10 West Market Street, Suite 1400
Indianapolis, IN 46204
P: 317-637-1777
F: 317-687-2414

and

Paul A. Ross
paul.ross@mcafeetaft.com
MCAFEE & TAFT
211 N. Robinson Avenue #S1000
Oklahoma City, OK 73102
P: 405-552-2383

F: 405-228-7383

Attorneys for Defendant,
D&M Carriers, LLC d/b/a Freymiller

## SIGNATURE CERTIFICATION

Pursuant to the Electronic Filing Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to James H. Hanson, counsel for Defendant D&M Carriers, LLC d/b/a Freymiller, and that I have obtained the authorization of Mr. Hanson to affix his electronic signature to this document.

Dated: January 21, 2021　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Nicholas Conlon*
　　　　　　　　　　　　　　　　　　　Nicholas Conlon, *admitted pro hac vice*