# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

MATTHEW BROMLOW and JOHNNY WALTERS, individually and on behalf of others similarly situated,

    Plaintiffs,

v.

D&M CARRIERS, LLC d/b/a FREYMILLER,

    Defendant.

Case No. CIV-20-195-D

## **J U D G M E N T**

Pursuant to the Order issued this date, this civil action is dismissed.

Entered this 16th day of November, 2023.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge